# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELDA MCMILLON,

    Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al*.,

    Defendant(s).

Case No.: 2:18-cv-02412-RFB-NJK

**Order**

[Docket No. 9]

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss. Docket No. 9; *see also* Docket No. 8. Any response shall be filed no later than February 27, 2019, and any reply shall be filed no later than February 28, 2019.

IT IS SO ORDERED.

Dated: February 22, 2019

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

1